No. 93–9476. THOMAS ET UX. *v.* UNITED STATES FIDELITY & GUARANTY CO. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 93–9477. SEYMOUR *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 93–9479. SAMUELS *v.* MANN, SUPERINTENDENT, SHAWANGUNK CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 93–9480. SANDOVAL *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 93–9485. EDWARDS *v.* YLST, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 93–9486. LORD *v.* WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 93–9487. MICHEL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–9489. GIBSON *v.* NORTH AMERICAN FREE TRADE AGREEMENT. C. A. 3d Cir. Certiorari denied.

No. 93–9490. CHRISTOPHER *v.* STONE. Cir. Ct. Monongalia County, W. Va. Certiorari denied.

No. 93–9491. CUSTARD *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–9492. AVALOS-ZARATE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–9493. BLODGETT *v.* MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 93–9494. CASARES-CARDENAS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–9495. ROACH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–9497. POOLE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–9498. DEAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.